# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA AHMED AL-HAWSAWI )<br><br>Petitioner, )<br><br>v. )<br><br>JOSEPH R. BIDEN JR., *et al.*, )<br><br>Respondents. ) | Civil Case No. 21-2907 (RJL) |

## ORDER

(March 12, 2024) [Dkt. #12]

 For the reasons set forth in the Memorandum Opinion accompanying this Order, it

is hereby

**ORDERED** that Respondents' Motion to Dismiss or for Judgment is **GRANTED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge